HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TIMOTHY ELIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00041-MJS |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING AND MOTION TO CONTINUE; ORDER** |
| vs. | |
| TIMOTHY ELIA, | Hon. Michael J. Seng |
| Defendant. | Date: January 24, 2018 |
| | Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Timothy Elia, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and that he be allowed to appear by video from the United States District Court in Sacramento, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Elia to appear by video for plea and sentencing.

Mr. Elia lives and works in Ione, California. He has very limited means with which to travel to and from court. Appearing via video from Sacramento will save Mr. Elia substantial time and expense. Accordingly, Mr. Elia respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Sacramento, California, for purposes of plea and sentencing.

Unfortunately, due to courthouse's calendar, the United States District Court in

Sacramento is unable to accommodate a video appearance for January 24, 2018 at 10 a.m. Thus Mr. Elia requests that his hearing is moved to February 27, 2018 at 10 a.m., to give him sufficient time to request the day off of work and make travel arrangements to Sacramento.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018  */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TIMOTHY ELIA

## **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the plea and sentencing hearing in Case No. 6:17-mj-00041-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Sacramento, California, and submits a fully executed written plea agreement at least 48 hours before the hearing. It is further ordered that Mr. Elia's hearing shall be continued to February 27, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated: January 16, 2018  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Elia: Rule 43 Waiver
2