1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   TIMOTHY ELIA

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIQUED STATES OF AMERICA,    ) Case No. 6:17-mj-00041-MJS
                                  )
12           Plaintiff,           ) **STIPULATION TO RESET HEARING FOR**
                                  ) **PLEA AND SENTENCING; ORDER**
13     vs.                        )
                                  )
14 TIMOTHY ELIA,                  )
                                  )
15           Defendant.           )
                                  )

16

17    IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19 Federal Defender Hope Alley, counsel for Timothy Elia, that the Court advance the February 27,

20 2018 hearing to February 6, 2018 for plea and sentencing.

21    The parties have reached a resolution in this case, and they are prepared to proceed with a

22 change of plea. Mr. Elia's case was set to return on February 27, 2018. However, he recently

23 enrolled in an intensive in-patient treatment program, and he expects to start the program soon.

24 Mr. Elia has already made arrangements to appear by video conference from the U.S. District

25 Courthouse in Sacramento, California on February 6, 2018. The courthouse in Sacramento is

26 available and can accommodate Mr. Elia's request. This Court has already approved Mr. Elia's

27 request to appear by video conference from Sacramento.

28    The parties hereby request that the Court reset Mr. Elia's hearing for plea and sentencing

for February 6, 2018 at 10:00 a.m.

        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 1, 2018         */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 1, 2018         */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
TIMOTHY ELIA

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 27, 2018 hearing for Timothy Elia, Case No. 6:17-mj-00041-MJS, is rescheduled to February 6, 2018, at 10:00 a.m. for plea and sentencing.

IT IS SO ORDERED.

Dated: February 1, 2018         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Elia: Stipulation to Continue