Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TIMOTHY ELIA,<br><br>Defendant. | Docket Number: 6:17-MJ-0041-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for May 7, 2019. On February 6, 2018, Defendant was sentenced to 24 months unsupervised probation with conditions including that he obey all laws, pay a $10 statutory assessment, complete a 6 month residential treatment program and enrolling in a continuing treatment program for the subsequent 6 months or attend AA 3 times per week. A review hearing was set for May 7, 2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court. Accordingly, the Government moves to vacate the review hearing currently scheduled, and further requests a final review hearing be set for January 7, 2020 at 10:00 a.m.

Dated: May 1, 2019   /S/ Susan St. Vincent
  Susan St. Vincent
  Legal Officer
  Yosemite National Park

1

**<u>ORDER</u>**

    Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for May 7, 2019 in the above referenced matter, *United States v. Elia, 6:17-MJ-0041-JDP*, be vacated, and a final review hearing be set for January 7, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 6, 2019  

UNITED STATES MAGISTRATE JUDGE